# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| GRANT HAMRICK,<br><br>　　Plaintiff,<br><br>v.<br><br>SPLASH TRANSPORT, INC.,<br>AHMED ELMEHALAWY,<br>NANDLEEN, LLC d/b/a NANDLEEN<br>LOGISTICS, and<br>REGINALD DEVON JAMES,<br><br>　　Defendants. | No. 3:20-cv-417 |

## DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Comes now Defendant Splash Transport, Inc., through counsel, and submits the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Upon information and belief, and after reasonable inquiry, Splash Transport, Inc. is a wholly-owned subsidiary of Keurig Dr. Pepper, Inc. Defendant will amend this pleading immediately upon receipt of additional information necessitating amendment.

Dated: October 25, 2021.

{06041543.DOCX}

*Respectfully submitted,*

LEITNER, WILLIAMS, DOOLEY
& NAPOLITAN, PLLC

BY: /s/ *Brad A. Fraser*
BRAD A. FRASER (BPR No. 020087)
ETHAN D. LAVELLE (BPR No. 035629)
*Attorney for Defendants Splash Transport, Inc., and Ahmed Elmehalawy*
900 South Gay Street
Suite 1800 – Riverview Tower
Knoxville, Tennessee 37902
(865) 523-0404

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been electronically filed with the United States District Court for the Eastern District of Tennessee by using the CM/ECF system and that they will be served by the CM/ECF system.

This the 25th day of October 2021.

LEITNER, WILLIAMS, DOOLEY
& NAPOLITAN, PLLC

BY: /s/ *Brad A. Fraser*
BRAD A. FRASER
ETHAN D. LAVELLE

{06041543.DOCX}                    2

Case 3:20-cv-00417-TRM-DCP   Document 81   Filed 10/25/21   Page 2 of 2   PageID #: 536