```
 1        UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF TENNESSEE
 2               AT KNOXVILLE
   _____
 3  GRANT HAMRICK,              )
                                )
 4       Plaintiff,              )
                                )
 5  VS.                          )NO. 3:20-cv-00417-TRM-DCP
                                )
 6                              )
    SPLASH TRANSPORT, INC.,     )
 7  AHMED ELMEHALAWY,           )
    NANDLEEN, LLC d/b/a         )
 8  NANDLEEN LOGISTICS, and     )
    REGINALD DEVON JAMES,       )
 9                              )
         Defendants.             )
10  _____
11
12
        THE VIDEOTAPED VIDEOCONFERENCE DEPOSITION
13
                        OF
14
                 AILENDE OMOZOKPEA
15
               September 17, 2021
16
17
18
19
20
21
22
23       REPORTED BY:  Lashawn Marshall, RPR
         TN LCR No. 367 and MS CCR No. 1952
24           Lashawnmarshall.rpr@gmail.com


                                          Page 1
```

Alpha Reporting    800-556-8974
A Veritext Company    www.veritext.com
Case 3:20-cv-00417-TRM-DCP   Document 90-2   Filed 11/12/21   Page 1 of 12   PageID #: 599
Exhibit 2

1  A. I don't think we -- we have that. That's
2  not -- is allowed, from our -- from my point of
3  view, but it's not (indiscernible) --
4       (WHEREUPON, THE STENOGRAPHER REQUESTS
5  CLARIFICATION.)
6  A. It's not -- it's not written that it's not
7  on the -- on the book, but it's allowed for --
8  for -- when we talked about it -- because he
9  mentioned it, Reginald, when we're talking then. So
10 yeah, it's allowed. I just told him as long as you
11 know what you're doing and you're not staying long,
12 because it's not safe; that, we know. So yeah, we
13 talked about stuff like that.
14 BY MR. WRIGHT:
15 Q. Okay. So when you hired Reginald James,
16 you had a conversation with him about parking on the
17 shoulder; is that correct?
18 A. Yeah. Where -- where he was supposed to
19 park and rest, yes.
20 Q. All right. And you told him that parking
21 on the shoulder is allowed; is that correct?
22 A. I did say it's not allowed, but for
23 emergency, yes, it's allowed.
24 Q. Okay. So -- so I'm clear, did you tell

Page 23

Alpha Reporting                       800-556-8974
A Veritext Company                 www.veritext.com
Case 3:20-cv-00417-TRM-DCP   Document 90-2   Filed 11/12/21   Page 2 of 12   PageID #: 600

1   him that it was not allowed for routine matters?
 2        A.   Yes.
 3        Q.   So --
 4        A.   Yes.
 5        Q.   So the -- the policy at the time was for
 6   Nandleen to instruct its drivers that parking on the
 7   shoulder of highways and roads in tractor-trailers
 8   was not allowed unless it was an emergency; is that
 9   correct?
10        A.   Correct.
11        Q.   Is that written down anywhere in the
12   record that would've existed before Reginald James
13   was hired?
14        A.   No, it wasn't.  I don't think it's written
15   on that book, but we just -- we normally talk about
16   stuff, about safety.  So that was around one of our
17   statement, hey, if you -- we don't normally like you
18   parking on the shoulders --
19             (WHEREUPON, THE STENOGRAPHER REQUESTS
20   CLARIFICATION.)
21             MR. SARR:  Slow down.
22        A.   So what I'm saying is we -- we -- we're
23   just touching, like, the safety procedures, and we
24   talked about, hey, you don't have to park on the

                                              Page 24

Alpha Reporting                         800-556-8974
A Veritext Company                      www.veritext.com
Case 3:20-cv-00417-TRM-DCP   Document 90-2   Filed 11/12/21   Page 3 of 12   PageID #: 601

1               MR. SARR:  I was flipping through it to
 2     make sure there weren't any other notes or other
 3     stuff in there that wouldn't be a part of that, so
 4     he's got it back.
 5               MR. WRIGHT:  Is there a table of contents
 6     on -- in there?
 7               MR. SARR:  There is.  It's on the -- there
 8     you go.
 9               MR. WRIGHT:  All right.  Can you -- can
10     you flip the page because it -- I want to see what's
11     in the table of contents.
12               MR. SARR:  It doesn't look like there's an
13     actual listing of, like, those different sections as
14     far as a table of contents.  It looks like it just
15     goes right into the different provisions.
16               MR. WRIGHT:  Okay.
17     BY MR. WRIGHT:
18        Q.    So there's nothing that would tell us
19     where the driver safety practices are located?
20        A.    No.  It's just like this.
21        Q.    Okay.  So can you take a moment and flip
22     through that and -- and make certain that you don't
23     have any written policy regarding parking on
24     shoulders?

Page 28

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com
Case 3:20-cv-00417-TRM-DCP  Document 90-2  Filed 11/12/21  Page 4 of 12  PageID #: 602

1     A.    I was told by Reginald.
2     Q.    Okay.  That's not personal knowledge;
3  that's according to Reginald, correct?
4     A.    Yes.
5     Q.    When did he tell you that?
6     A.    Think that same -- the accident scene.
7     Q.    Okay.  At the accident scene, he told you
8  that the --
9     A.    Yeah, that the -- he was just trying to
10 explain how badly damaged it was, so that's why he
11 did a video.  I instruct him to do that video in the
12 first place.  I say, You know what?  I don't
13 understand everything you're saying, so just do a
14 video so I'll see the condition of the trailer.
15            So that's when he pulled out a phone to do
16 that video at that point.  So, you know, we went
17 through it, said the door was damaged, the -- the --
18 some other parts of the other trailer that -- that
19 hit him, it was inside his own trailer.  So he just
20 did a short video and sent to me.  That was the
21 video you saw today.
22    Q.    Okay.  Now, if Reginald James wanted to go
23 to Greensboro, he would have to take I-40, which
24 is -- which is about where he was.  He could get on

Page 62

Alpha Reporting                           800-556-8974
A Veritext Company                    www.veritext.com
Case 3:20-cv-00417-TRM-DCP   Document 90-2   Filed 11/12/21   Page 5 of 12   PageID #: 603

1      (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT
2  WAS MARKED AS EXHIBIT NO. 18 TO THE TESTIMONY OF THE
3  WITNESS AND IS ATTACHED HERETO.)
4  BY MR. WRIGHT:
5      Q.   Then I've also got some initial
6  disclosures.  Did you help prepare these and give
7  the names of people that you thought may have
8  relevant knowledge and identified the documents that
9  you might use in response or use in this case and
10 provide those to us?  Did you help with that for the
11 initial disclosures?
12     A.   Yes, correct.
13          MR. WRIGHT:  We'll mark that, with the
14 attachments, as Exhibit 19:  Nandleen's initial
15 disclosures.
16          (WHEREUPON, THE ABOVE-MENTIONED DOCUMENT
17 WAS MARKED AS EXHIBIT NO. 19 TO THE TESTIMONY OF THE
18 WITNESS AND IS ATTACHED HERETO.)
19 BY MR. WRIGHT:
20     Q.   And the last question I have is the cell
21 phone that -- that Mr. James called you on, what is
22 the phone to that?
23     A.   My phone number?
24     Q.   Well, the one that he called you on.  Did

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com
Case 3:20-cv-00417-TRM-DCP   Document 90-2   Filed 11/12/21   Page 6 of 12   PageID #: 604

```
 1      A.    Yes.
 2      Q.    All right.  Can you -- could you hold it
 3  up for us and show us what model it is?
 4      A.    That's the new one.
 5      Q.    Is that the 12?
 6      A.    No.  I think this is the most recent one.
 7  Is it a --
 8            MR. SARR:  13?
 9      A.    The Pro Max or something.  This one came
10  out the -- the most recent.
11  BY MR. WRIGHT:
12      Q.    Oh, the Pro Max.
13            Okay.  So it's got the three lenses on it.
14            When did you get that one?
15      A.    I'm with Verizon.
16      Q.    I mean, how long ago did you get that one?
17      A.    Not very long ago.  I think a few months
18  ago.
19      Q.    Do you still have the phone that you were
20  using when Mr. Reginald James called you?
21      A.    No, I don't think so.
22      Q.    Did you get rid of it?
23      A.    Yes, I think so.
24      Q.    What -- what did you do with it?
```

Alpha Reporting                   800-556-8974
A Veritext Company              www.veritext.com

```
 1       A.    Normally, I give it out.  I don't -- I
 2   don't sell my phones.  I'll just gift it to someone.
 3   So I send it back to my country.
 4       Q.    Okay.  Do you know who you sent it to?
 5       A.    I can't remember.
 6       Q.    You give it to someone you know or to a
 7   stranger?
 8       A.    Oh, someone I know, for sure.
 9       Q.    Okay.  I would like you to figure out who
10   you sent that to because there may be material
11   information on that.  Can you agree to do that?
12       A.    I'll figure out.  But I reset the phone
13   before I sent.  I only save some few stuff, you
14   know, that I feel is useful to my new phone, and I
15   just factory reset the old thing so I can give it
16   up.
17       Q.    Did you delete the data, the call data and
18   text messaging on it?
19       A.    I factory reset the phone to brand-new.
20   Yes.
21       Q.    So yes.  Okay.
22             Do you back up the information to the
23   cloud?
24       A.    Some.  Like some photos and other stuff
```

Page 160

Alpha Reporting                          800-556-8974
A Veritext Company                    www.veritext.com
Case 3:20-cv-00417-TRM-DCP   Document 90-2   Filed 11/12/21   Page 8 of 12   PageID #: 606

1  should be.
2      Q.   Okay.  Did you back up text messaging or
3  voicemails or anything like that to the cloud?
4      A.   Maybe text message, but voicemail, I
5  don't -- I don't think so.
6      Q.   Do you ever communicate with drivers
7  through text messaging or through any kind of app?
8      A.   I do, through text messaging.
9      Q.   Okay.  Is that the -- is that the text
10 messaging app on the iPhone that comes as a default
11 text messaging app?
12     A.   Yes.
13     Q.   Yes.
14          Okay.  Have you -- did you ever
15 communicate at any time with Reginald James between
16 the time that he was hired and the time that the
17 crash happened on text messaging on the iPhone?
18     A.   Yeah.  We should do it a few times because
19 normally, he send me bill of lading, proof of
20 delivery.  He normally send them to me through text
21 message (indiscernible).
22          (WHEREUPON, THE STENOGRAPHER REQUESTS
23 CLARIFICATION.)
24     A.   He takes photo of the bill of ladings and

Page 161

Alpha Reporting                        800-556-8974
A Veritext Company                www.veritext.com
Case 3:20-cv-00417-TRM-DCP   Document 90-2   Filed 11/12/21   Page 9 of 12   PageID #: 607

```
 1   send to me; he does that.
 2   BY MR. WRIGHT:
 3       Q.    Did you do anything to try to preserve
 4   those messages to and from Reginald --
 5       A.    Yes.
 6       Q.    You did?
 7       A.    Yes.
 8       Q.    Okay.  Where are they?
 9       A.    I will check if I have them on my phone,
10   because when I change phone, like I said, I use
11   iCloud to bring everything back.  So probably I
12   obviously have some.
13       Q.    Okay.  I had a little trouble
14   understanding you.  You can check back, and you
15   think you may have some; is that what you said?
16       A.    Yes, possible.
17       Q.    Okay.  Where would you look to find those?
18       A.    I would check my computer because I tried
19   to do backup on my MacBook, but I don't know if I
20   did it correctly.  But I've not seen those
21   information after that.  But if not, I'll check my
22   MacBook, and I will also check my phones.
23       Q.    Okay.  And I would like you to produce any
24   and all electronic communications between you and
```

Page 162

Alpha Reporting                    800-556-8974
A Veritext Company               www.veritext.com
Case 3:20-cv-00417-TRM-DCP   Document 90-2   Filed 11/12/21   Page 10 of 12   PageID #: 608

1  Reginald James that would have occurred between the
 2  time that he was hired and the time that he was
 3  terminated.  Okay?  Can you do that?
 4      A.    Okay.  He wasn't terminated, though, but
 5  the time he left, yes.
 6      Q.    Fair enough.  I know -- that was unfair of
 7  me to say that, and I didn't mean -- I didn't intend
 8  to say that you fired him.  But he was -- his
 9  employment terminated for whatever reason.
10            He left of his own accord, correct?
11      A.    Yes.
12            I cannot guarantee those document, but I
13  will search.  I don't know as -- if I have them
14  firsthand.
15      Q.    So you -- you believe that you -- you
16  saved these possibly backed up on your MacBook
17  laptop computer, correct?
18      A.    Possibly, but I'm not guaranteeing.
19      Q.    Okay.  But you remember trying to do that
20  at some point?
21      A.    I -- yeah, I know I always back up -- try
22  to back up my phone before I reset, but, you know,
23  stuff come backs anyway when you -- when you put it
24  in your iCloud, so . . .

Page 163

Alpha Reporting                          800-556-8974
              A Veritext Company           www.veritext.com
Case 3:20-cv-00417-TRM-DCP   Document 90-2   Filed 11/12/21   Page 11 of 12   PageID #: 609

1          (WHEREUPON, VIDEOCONFERENCE AUDIO
2    DISTORTION OCCURRED.)
3    BY MR. WRIGHT:
4         Q.   Did you or Reginald James text message or
5    send any documents back and forth that would have
6    occurred regarding this particular load that he was
7    picking up at Hayneedle in Lebanon, Ohio?
8         A.   Yeah.  I think I actually -- I don't
9    remember how I sent him the -- that should be how I
10   sent him the -- the location of the first place.  I
11   have to text him, like, a screenshot of the bill of
12   lading and say this where you're going, and this is
13   where you're delivering.  So I think that's how it
14   is.
15        Q.   Because I -- I've also asked for the bill
16   of lading, and I was not produced any bill of
17   lading.  Where is the bill of lading?
18        A.   I should have a copy of the bill of
19   lading, right?
20        Q.   Okay.  So let's do this.  So the
21   next-numbered exhibit, which will be late-filed,
22   which will be all the text messages between you and
23   Reginald James that you're going to look for, which
24   will be 19, late-filed exhibit.  Okay?

Page 164

Alpha Reporting                    800-556-8974
A Veritext Company              www.veritext.com
Case 3:20-cv-00417-TRM-DCP   Document 90-2   Filed 11/12/21   Page 12 of 12   PageID #: 610