```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF TENNESSEE
 2                   AT KNOXVILLE
    _____
 3  GRANT HAMRICK,                )
                                  )
 4       Plaintiff,                )
                                  )
 5  VS.                           )NO. 3:20-cv-00417-TRM-DCP
                                  )
 6                                )
    SPLASH TRANSPORT, INC.,       )
 7  AHMED ELMEHALAWY,             )
    NANDLEEN, LLC d/b/a           )
 8  NANDLEEN LOGISTICS, and       )
    REGINALD DEVON JAMES,         )
 9                                )
         Defendants.               )
10  _____
11
12
        THE VIDEOTAPED VIDEOCONFERENCE DEPOSITION
13
                         OF
14
                  REGINALD D. JAMES
15
               September 17, 2021
16
17
18
19
20
21
22
23       REPORTED BY:  Lashawn Marshall, RPR
         TN LCR No. 367 and MS CCR No. 1952
24           Lashawnmarshall.rpr@gmail.com


                                           Page 1
```

Alpha Reporting    800-556-8974
A Veritext Company    www.veritext.com
Case 3:20-cv-00417-TRM-DCP  Document 90-3  Filed 11/12/21  Page 1 of 3  PageID #: 611
Exhibit 3

1  they are -- they do have different characteristics
 2  while you're driving, that they have these different
 3  rules that are in place; is that fair?
 4       A.   Yes, sir.
 5       Q.   One of the things that -- that I've seen
 6  in some of the other handbooks -- and I've seen the
 7  Stevens handbook before -- is that they have
 8  policies about parking on the side of the highway.
 9            Did Stevens have a policy about parking on
10  the side of the highway, whether that was allowed or
11  not?
12       A.   Yes, they had a policy.
13       Q.   Okay.  Can you tell me what -- what was
14  the policy?
15       A.   Well, for Stevens Transport, particularly
16  that company, they didn't want you parking on the
17  side of the road at all.
18       Q.   And why is that?
19       A.   I can't remember why, but I'm assuming
20  it's because it's more dangerous to park on the side
21  of the road.  But -- and just like they have, you
22  know, policies with U-turns.  But because we were
23  beginners and we really didn't know what we was
24  doing -- you know, we -- we new students -- they

Page 28

Alpha Reporting                       800-556-8974
A Veritext Company                    www.veritext.com
Case 3:20-cv-00417-TRM-DCP   Document 90-3   Filed 11/12/21   Page 2 of 3   PageID #: 612

1      A.   I can't remember.
2      Q.   But you're familiar with that company.  It
3  could have been, correct?
4      A.   Yes, sir.
5      Q.   And then you -- and then you eventually
6  got down to Knoxville.
7           Was -- was it your intent to go through
8  Knoxville on the rest of the way to get down to
9  Miami?
10     A.   I'm not too sure what my intent was.
11          No, no, wait.  Well, I know I wasn't going
12 to make Miami that night, so you just kind of find a
13 way, what you -- you don't really know until you
14 don't have no time left, and you're getting close to
15 your time.
16          So as -- when I got to Knoxville, getting
17 close to it, that's when I started feeling, you
18 know, sick.  So -- so at that point, I'm thinking,
19 you know, maybe I -- maybe I should just go home,
20 you know.  I don't know if it was just a stomachache
21 or, you know, maybe I just needed to go home, you
22 know, catch a load off, you know.  So I wasn't
23 too -- I wasn't -- my intentions was not to get to
24 Miami, no, with -- you know, that same day.

Page 98

Alpha Reporting                        800-556-8974
A Veritext Company              www.veritext.com
Case 3:20-cv-00417-TRM-DCP   Document 90-3   Filed 11/12/21   Page 3 of 3   PageID #: 613