# WRIGHT | LAW | PLC

*Board Certified as a Specialist in Truck Accident Law
by the National Board of Trial Advocacy*

Matthew E. Wright*
840 Crescent Centre Drive
Suite 310
Franklin, TN 37067
Ph: 615.455.3588
Fax: 615.468.4540
mwright@wrightlawplc.com
www.wrightlawplc.com

September 21, 2020

**VIA FEDEX OVERNIGHT DELIVERY**
**TRACKING NO. 7715 8198 2130**
Devon J. Reginald
2665 Preston Ct. NW
Kennesaw, GA 30144

**REQUEST FOR PRESERVATION**

Dear Mr. Reginald:

Please be advised our office represents Grant Hamrick for the injuries he suffered resulting from a collision which occurred on July 27, 2020 in Knoxville, Knox County, Tennessee. This letter is to formally demand the preservation of certain evidence related to this collision. If you fail to properly secure and preserve the important pieces of evidence, it may give rise to the legal presumption that the evidence would have been harmful to your side of the case. If you fail to preserve or maintain this evidence, we will seek any and all remedies available under theory or equity. The destruction, alteration, or loss of any of the below constitutes a spoliation. We specifically request that the following evidence be maintained and preserved and not be destroyed, modified, altered, repaired, or changed in any manner:

1. All electronic devices that were in your possession and/or control on July 27, 2020, including but not limited to all cellular phones, tablets, laptop computers, messaging systems and/or other electronic communication systems.

2. All data, including data contained in the cloud or back-up device for July 27, 2020 and the prior thirty (30) days.

If you have any questions, do not hesitate to contact me

Sincerely,

WRIGHT LAW PLC

Matthew E. Wright

MEW:th



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

 Traci Hannah &lt;thannah@wrightlawplc.com&gt;

## FedEx Shipment 771581982130: Your package has been delivered
1 message

**TrackingUpdates@fedex.com** &lt;TrackingUpdates@fedex.com&gt;  Thu, Sep 24, 2020 at 2:01 PM
Reply-To: trackingmail@fedex.com
To: thannah@wrightlawplc.com



# Hi. Your package was delivered Thu, 09/24/2020 at 2:59pm.



Delivered to **2665 RESTON CT NW 30144, KENNESAW, GA** 30144

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 771581982130 |
| **FROM** | Wright Law, PLC |
| | 840 Crescent Centre Drive |
| | Ste 310 |
| | **FRANKLIN, TN, US, 37067** |
| **TO** | Devon J. Reginald |
| | 2665 Preston Ct. NW |
| | KENNESAW, GA, US, 30144 |
| **REFERENCE** | Hamrick - RFP Reginald |
| **SHIPPER REFERENCE** | Hamrick - RFP Reginald |
| **SHIP DATE** | Mon 9/21/2020 06:29 PM |