UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GRANT HAMRICK, ) | |
| ) | Case No. 3:20-cv-417 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Debra C. Poplin |
| SPLASH TRANSPORT, INC., AHMED ) | |
| ELMEHALAWY, NANDLEEN, LLC ) | |
| d/b/a Nandleen Logistics, and REGINALD ) | |
| DEVON JAMES, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

Before the Court is motion to amend the rebuttal-expert-witness-disclosure deadline filed by Defendants and Crossclaimaints Nandleen, LLC and Reginald Devon James (Doc. 89). The parties are **REMINDED** to file motions for extension *before* the expiration of the relevant deadline or they may not be granted in the future. Nevertheless, the Court hereby **GRANTS** the motion and **AMENDS** the deadline for the disclosure of rebuttal expert witnesses as follows:

4. *Disclosure and Discovery*:

    (d) *Expert Testimony*: . . . Disclosure of rebuttal expert testimony shall be made by the parties on or before **November 26, 2021**. Rebuttal expert testimony challenges the opinions or methods of a previously disclosed expert and is no broader in scope.

The other deadlines in the most recent scheduling order (Doc. 58) remain unchanged.

    **SO ORDERED.**

                                          */s/ Travis R. McDonough*
                                          **TRAVIS R. MCDONOUGH**
                                          **UNITED STATES DISTRICT JUDGE**