UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GRANT HAMRICK, ) | |
| ) | Case No. 3:20-cv-417 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Debra C. Poplin |
| SPLASH TRANSPORT, INC., AHMED ) | |
| ELMEHALAWY, NANDLEEN, LLC ) | |
| d/b/a Nandleen Logistics, and REGINALD ) | |
| DEVON JAMES, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

Before the Court is the parties' joint motion for extension of time to submit *Daubert* motions (Doc. 149). As the basis for their motion, the parties represent that they have not yet been able to schedule depositions for two expert witnesses. (*Id.* at 1.)

Federal Rule of Civil Procedure 16 requires parties to show good cause to amend the scheduling order. In this case, the parties have not demonstrated good cause for the extension they seek. On February 1, 2022, the Court ordered that "[a]ll discovery, including the taking of depositions "for evidence," depositions of experts, and requests for admissions, shall be completed by **April 4, 2022**." (Doc. 140, at 1.) The parties did not seek a discovery extension or an extension of the *Daubert* deadline until May 2, 2022, the date their *Daubert* motions were due. Although the Court will allow them to depose the remaining experts if they can consent to a time to do so, their opportunity for filing *Daubert* motions has passed. Their motion for extension (Doc. 149) is **DENIED**.

Also before the Court are Defendants Nandleen, LLC and Reginal Devon James's motions for partial summary judgment (Docs. 150, 151), which are their second and third motions for partial summary judgment in this case. Paragraph 5.A. of the undersigned's judicial preferences instructs that "each party will be permitted to file only one dispositive motion at each stage of litigation." *See* Judge Travis R. McDonough Judicial Preferences ¶ 5.A, *available at* http://www.tned.uscourts.gov/content/travis-r-mcdonough-chief-united-states-district-judge. Additionally, Defendants did not contemporaneously file or cite to a joint appendix in connection with their motions or memorandum, as the undersigned's judicial preferences require. *See id.* ¶ 5.H. Defendants' motions for partial summary judgment (Docs. 150, 151) are hereby **DENIED WITH LEAVE TO REFILE** in compliance with these preferences. Defendants shall file their revised motion and appendix on or before **May 14, 2022**. Plaintiff shall have 21 days from the filing of the revised motion to file his response.

All parties are **DIRECTED** to review the undersigned's judicial preferences and ensure that all future filings in this case conform to the same.

    **SO ORDERED.**

                                                      */s/ Travis R. McDonough*
                                                      **TRAVIS R. MCDONOUGH**
                                                      **UNITED STATES DISTRICT JUDGE**